**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ISMAEL OBIANG OBAMA NFUMU,        )
                                  )
                    Petitioner,   )
                                  )
v.                                )        Case No. CIV-25-1574-J
                                  )
WARDEN DR. SCARLET GRANT, et al., )
                                  )
                    Respondents.  )

## JUDGMENT

In accordance with the Court's Order entered this same day, Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is granted.  Respondents shall release Petitioner Ismael Obiang Obama Nfumu from custody immediately, subject to an appropriate Order of Supervision. Respondents shall certify compliance by filing a status report affirming that Petitioner has been released from custody within five business days.

IT IS SO ORDERED this 6th day of March, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE